**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMARA VANCE, | ) | |
| on behalf of herself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11-cv-7013 |
| | ) | |
| v. | ) | Judge Conlon |
| | ) | Magistrate Judge Cole |
| ATM SOLUTIONS, INC., | ) | |
| and DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** (See attached service list.)

   **PLEASE TAKE NOTICE** that on Monday, January 23, 2012 at 9:00 a.m., we will appear before Honorable Judge Conlon in room 1743 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION.**

               s/Daniel A. Edelman
               Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on November 17, 2011, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. The foregoing document will be served by hand delivery upon the following party along with the summons and amended complaint in this matter:

**ATM Solutions, Inc.**
c/o Ariella L. Omholt
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

                                                        s/Daniel A. Edelman
                                                        Daniel A. Edelman